IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY   DIVISION

TIMOTHY MCGILL,
     Petitioner,

                                  :

vs.                              :      1:04-CV-134(WLS)

FREDERICK HEAD, Warden,
     Respondent.

## O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #12), filed April 27, 2005.   It is recommended that Respondent's Motion to Dismiss be granted.  No objection has been filed.

Upon full consideration, the Court finds that said Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the order of this Court for reason of the findings made  and reasons set out therein.  Accordingly, Respondent Frederick Head's Motion to Dismiss is GRANTED and the captioned action is DISMISSED as untimely.

SO ORDERED, this _23rd_ day of May , 2005.

_W. Louis Sands, Chief Judge_
United States District Court

-1-